ALFRED MITTELSTADT, Respondent, v. JEFFREY S. GRANGER et al., Individually and as Copartners Doing Business under the Name of SULZBACHER, GRANGER & COMPANY, Appellants, et al., Defendants.—

Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See *ante,* p. 943.]

JACOB M. POMERANTZ, Appellant, v. EMANUEL SUSSMAN et al., Individually and as Copartners Doing Business under the Name of COUNTY SEAT SALES CO., et al., Respondents.—

Present — Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ.

BESSIE TAFFEL, Appellant, v. MURRAY W. TAFFEL, Respondent.—

Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See *ante,* p. 938.]

DOROTHY TISI, Respondent, v. NICOLAS TISI, Appellant.—

Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 938.]

NETTIE TRON et al., Plaintiffs, v. CARROLL A. THIME, Appellant, and RUTH TRON, Respondent.—

Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 917.]

BRUNO AMATO, Respondent, v. STANLEY L. MONTANYE, Appellant.—

No opinion. Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur.

MARION BAU, Appellant, v. JAMES BAU, Respondent.—

Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.